# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-507-MOC-DCK

| | |
|---|---|
| TABNER, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| STEALTHPATH, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Sara W. Higgins, concerning Donald A. Rea, on September 25, 2023. Donald A. Rea seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Donald A. Rea is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: September 25, 2023

David C. Keesler
United States Magistrate Judge